JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

MICHAEL WILLIAMSON,

       Petitioner,

       v.

JAMES D. HARTLEY, Warden,

       Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-03855-AHM (MLG)

JUDGMENT

    IT IS ADJUDGED that the petition is denied with prejudice.

Dated: September 22, 2011

A. Howard Matz
United States District Judge