JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL WILLIAMSON,   )   Case No. CV 11-03855-AHM (MLG)
            Petitioner,   )
               )   JUDGMENT
         v.   )
               )
JAMES D. HARTLEY, Warden,   )
               )
            Respondent.   )

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: September 22, 2011

*[signature]*

A. Howard Matz
United States District Judge