FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

MICHAEL WILLIAMSON,

   Petitioner,

   v.

JAMES D. HARTLEY, Warden,

   Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 11-03855-AHM (MLG)

ORDER DENYING CERTIFICATE OF
APPEALABILITY

 Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts requires the district court to issue or deny a certificate of appealability ("COA") when it enters a final order adverse to the petitioner. Because jurists of reason would not find it debatable whether this Court was correct in its ruling denying the petition, a COA is denied.

 Before a petitioner may appeal the Court's decision denying his petition, a COA must issue.  28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b).  The Court must either issue a COA indicating which issues satisfy the required showing or provide reasons why such a certificate should not issue.  28 U.S.C. § 2253(c)(3); Fed. R. App.P. 22(b).

1    The court determines whether to issue or deny a COA pursuant to
2    standards established in *Miller-El v. Cockrell*, 537 U.S. 322 (2003);
3    *Slack v. McDaniel*, 529 U.S. 473 (2000); and 28 U.S.C. § 2253(c). A COA
4    may be issued only where there has been a "substantial showing of the
5    denial of a constitutional right." 28 U.S.C. § 2253 (c)(2); *Miller-El*,
6    537 U.S. at 330. As part of that analysis, the Court must determine
7    whether "reasonable jurists would find the district court's assessment
8    of the constitutional claims debatable or wrong." *Slack,* 529 U.S. at
9    484, *See also Miller-El*, 537 U.S. at  338.

10    In *Silva v. Woodford*, 279 F.3d 825, 832-33 (9th Cir. 2002), the
11    court noted that this amounts to a "modest standard". (Quoting
12    *Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000)).  Indeed,
13    the standard for granting a COA has been characterized as "relatively
14    low". *Beardlee v. Brown*, 393 F.3d 899, 901 (9th Cir. 2004).  A COA
15    should issue when the claims presented are "adequate to deserve
16    encouragement to proceed further."   *Slack,* 529 U.S. at 483-84,
17    (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)); *see also*
18    *Silva*, 279 F.3d at 833.  If reasonable jurists could "debate" whether
19    the petition could be resolved in a different manner, then the COA
20    should issue. *Miller-El*, 537 U.S. at 330.

21    Under this standard of review, a COA will be denied. In denying
22    this petition for writ of habeas corpus, this Court held that
23    Petitioner's due process rights were not violated when the California
24    Board of Parole Hearings found that he was unsuitable for parole.
25    ///
26    ///
27    ///
28    ///

2

1 | Petitioner cannot make a colorable claim that jurists of reason would
2 | find debatable or wrong the decision denying the petition.

3 |     Therefore, pursuant to 28 U.S.C. § 2253, a certificate of
4 | appealability is DENIED.

6 | Dated: September 22, 2011

_____
A. Howard Matz
United States District Judge

11 | Presented By:

12 | MARC L. GOLDMAN

_____
Marc L. Goldman
United States Magistrate Judge